**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _Connecticut_
(State)

Case number (If known): _____ Chapter _7_

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**   _Best Home Performance of CT, LLC_

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

_27-8896297_
EIN

**5. Debtor's address**

Principal place of business:
_18 Scarborough Road_
Number   Street

_Windsor_    _CT_  _06905_
City         State  ZIP Code

_Hartford_
County

Mailing address, if different:
_____
Number   Street

P.O. Box _____

_____
City    State    ZIP Code

Location of principal assets, if different from principal place of business:
_____
Number   Street

_____
City    State    ZIP Code

Debtor _Best Home Performance of CT, LLC_     Case number (if known) _____

| | |
|---|---|
| 6. Debtor's website (URL) | www.bestinsulationofct.com |

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

  Debtor _____  Relationship _____
  District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

**Part 3: Report About the Case**

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _Best Home Performance of CT, LLC_         Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Energy Efficiencies Solutions, LLC | Trade Debt | $362,436.31 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Name: Energy Efficiencies Solutions, LLC
Number/Street: 77 Pierson Lane, Unit E
City: Windsor   State: CT   ZIP: 06095

Name and mailing address of petitioner's representative, if any
Name: Leticia Colon
Number/Street: 398 Palisade Avenue
City: Windsor   State: CT   ZIP: 06095

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 4/30/2019

X _(signature)_
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: Marc T. Miller
Firm name: O'Connell Attmore and Morris
Number/Street: 280 Trumbull Street, 23rd Floor
City: Hartford   State: CT   ZIP: 06103
Contact phone: (860) 548-1300   Email: mmiller@oamlaw.com
Bar number: CT28743
State: CT

X _(signature)_
Signature of attorney
Date signed: 4/30/2019

---