## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 19-20688(jjt) |
| BEST HOME PERFORMANCE OF CT, LLC | ) | |
| *Debtor*. | ) | May 21, 2019 |

### **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned for Justin Buck.

Respectfully submitted,
JUSTIN BUCK

By His Attorneys,
NATALE & WOLINETZ

   /s/ Anthony J. Natale
Anthony J. Natale
Federal Bar No.  ct08451
116 Oak Street
Glastonbury, Connecticut 06033
Telephone:    (860) 430-1802
Facsimile:     (860) 430-1809
anatale@natalelawfirm.com

**CERTIFICATION**

  This is to certify that on this 21st day of May, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

     /s/ Anthony J. Natale
     Anthony J. Natale
     Federal Bar No. ct08451
     116 Oak Street
     Glastonbury, Connecticut 06033
     Telephone: (860) 430-1802
     Facsimile: (860) 430-1809
     anatale@natalelawfirm.com