**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

IN RE:

                                                   :      CHAPTER 7

     BEST HOME PERFORMANCE
     OF CT, LLC                          :      CASE NO. 19-20688

         Debtor

### NOTICE OF APPEARANCE AND NOTICE REQUEST

TO: CLERK, UNITED STATES BANKRUPTCY COURT

     Please enter the appearance of the undersigned on behalf of ENERGY EFFICIENCIES SOLUTIONS, LLC, a creditor in the above-entitled matter, and, that pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

             Anja Rusi
             O'Connell, Attmore & Morris, LLC
             280 Trumbull Street, 23rd Floor
             Hartford, CT 06103-3598
             Tel. (860) 548-1300
             Fed. Bar No. CT 30686

Dated at Hartford, Connecticut this 30th day of May, 2019.

                                           By_____
                                           Anja Rusi, of
                                           O'Connell, Attmore & Morris, L.L.C.
                                           280 Trumbull Street, 23rd Floor
                                           Hartford, CT 06103-3598
                                           Tel. (860) 548-1300
                                           Fed. Bar No. CT 30686

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of May, 2019, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Anja Rusi